NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN-PIERRE BANEY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3212

---

Petition for review of the Merit Systems Protection Board in case no. DA4324110135-I-1.

---

## ON MOTION

---

## ORDER

The Department of Justice moves out of time for an extension of time, until January 10, 2012, to file its brief. John-Pierre Baney opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 9 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John-Pierre Baney
     Michael D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK